FEDERAL NATIONAL MORTGAGE ASSOCIATION *v.*
JOHN LORD WENTWORTH, JR., ET AL.

The petition by the defendants, John L. Wentworth, Jr., and Teresa T. Wentworth, for certification for appeal from the Appellate Court (AC 16774) is denied.

*George M. Purtill* and *Seth Jacoby*, in support of the petition.

*Patrick Crook*, in opposition.

Decided June 5, 1997

COMMERCIAL CREDIT CORPORATION *v.* BEVERLY R. FORGIONE

The defendant's petition for certification for appeal from the Appellate Court (AC 16777) is denied.

*F. Woodward Lewis, Jr.*, in support of the petition.

*Julie A. Manning*, in opposition.

Decided June 5, 1997

MARION D. LORD *v.* FRANKLIN L. LORD, JR.

The defendant's petition for certification for appeal from the Appellate Court, 44 Conn. App. 370 (AC 14478), is denied.

*Franklin L. Lord, Jr.*, pro se, in support of the petition.

Decided June 5, 1997